JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* J. BRYAN QUESENBERRY,<br><br>Plaintiff,<br><br>v.<br><br>CAMINO FINANCIAL, INC. et al.,<br><br>Defendants. | No. 2:24-CV-06446-SVW-SSC<br><br>[PROPOSED] ORDER DISMISSING THE CASE WITHOUT PREJUDICE |

1    The relator, J. Bryan Quesenberry, having filed a notice of voluntary dismissal of
2 this action, and the United States of America having filed a notice of consent to
3 dismissal without prejudice under the False Claims Act, 31 U.S.C. § 3730(b)(1), the
4 Court rules as follows:
5    IT IS HEREBY ORDERED THAT this action is dismissed in its entirety without
6 prejudice.

8    IT IS SO ORDERED.

10   Dated: June 30, 2025                                   _____
11                                                          STEPHEN V. WILSON
                                                            United States District Judge